UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

       Debtor.                                         BKY 15-42460

----------------------------

Paul Hansmeier,                                         ADV 16-04124

       Plaintiff,

v.                                                                **JUDGMENT**

Sandipan Chowdhury and Booth
Sweet LLP,

       Defendants.

---

At Minneapolis, Minnesota, March 7, 2018.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, Chief United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:.

1. The plaintiff shall recover from the defendants $71,620.90 payable jointly to Randall L. Seaver, the chapter 7 trustee, and the plaintiff, Paul Hansmeier.

2. All parties bear their own costs.

Dated:    March 7, 2018                         Lori A. Vosejpka
At:        Minneapolis, Minnesota           Clerk of Bankruptcy Court

                                                         /e/ Lynn M. Hennen
                                       By:

                                                          Lynn M. Hennen
                                                          Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/07/2018*
Lori Vosejpka, Clerk, by LH