UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

              Debtor.             BKY 15-42460

---

Paul Hansmeier,                         ADV 16-4124

              Plaintiff,

v.                                          **ORDER**

Sandipan Chowdhury and Booth
Sweet LLP,

              Defendants.

---

At Minneapolis, Minnesota, August 21, 2018.

      This proceeding is before the court on the plaintiff's renewed motion to compel compliance with judgment enforcement discovery. For reasons stated orally and recorded in open court,

      IT IS ORDERED:

      1.   The plaintiff's motion to compel is granted.

      2.   The defendants shall produce written answers to the plaintiff's interrogatories and documents responsive to the plaintiff's request for production of documents in an electronic format acceptable to plaintiff within 14 days of this order.

      3.   To the extent the plaintiff determines that depositions will be necessary, the plaintiff shall re-notice the depositions of the defendants. The depositions, to the extent necessary, shall be held in Massachusetts or otherwise conducted remotely.

      4.   If the defendants fail to comply with the court's order, the plaintiff may file an affidavit of non-compliance.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/21/2018*
Lori Vosejpka, Clerk, by LH

Upon receipt of the affidavit, the court shall issue an Order to Show Cause as to why a coercive civil contempt sanction of $250.00 per day of non-compliance should not be issued against any defendant who fails to comply with the court's order.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
CHIEF UNITED STATES BANKRUPTCY JUDGE