UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

    Debtor.

BKY 15-42460

---

Paul Hansmeier,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet LLP,

    Defendants.

ADV 16-4124

**ORDER**

At Minneapolis, Minnesota, October 24, 2018.

This proceeding is before the court on the court's order to appear and show cause, defendants' amended motion for protective order, and defendants' expedited motion to file under seal. For the reasons stated orally and recorded in open court,

IT IS ORDERED:

1. The Defendants shall produce complete written discovery responses to Plaintiff's Interrogatories and produce all documents requested in Plaintiff's Request for Production, removing any asserted objections as the Defendants have waived their right to do so. The Defendants must file an affidavit with the court confirming their compliance with this order. Plaintiff will then have 5 days to review the Defendants' discovery responses and alert the court of any deficiencies.

2. The Defendants are subject to a civil contempt sanction of $250.00 per day of non-compliance with this order. Sanctions will be enforced beginning 48 hours from entry of this order and shall continue until the Defendants have fully complied with

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/24/2018*
Lori Vosejpka, Clerk, by LH

the order.

   3. Without further order of the court, no discovery produced by the Defendants pursuant to this order shall be used by Plaintiff for any purposes other than to enforce Plaintiff's judgment in this adversary proceeding.

   4. The Defendants' amended expedited motion for protective order is denied.

   5. The Defendants' expedited motion to file under seal is granted in part and denied in part. The Defendants are not authorized to share the confidential settlement agreement with the court and parties in Plaintiff's unrelated criminal case. The remainder of the Defendants' expedited motion to file under seal is granted.

       /e/ Kathleen H. Sanberg
       KATHLEEN H. SANBERG
       CHIEF UNITED STATES BANKRUPTCY JUDGE