## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | No. 15-42460 |
| Debtor. | |

_____

| | |
|---|---|
| PAUL HANSMEIER, Debtor, | Adv. No. 16-04124 |
| Plaintiff | |
| v. | |
| SANDIPAN CHOWDHURY and BOOTH SWEET LLP, | |
| Defendants. | |

_____

### DEFENDANTS' AFFIDAVIT OF COMPLIANCE [Doc. 79]
_____

I, Jason Sweet, state under penalty of perjury that the following is true and based on personal knowledge.

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts, the First Circuit, the Seventh Circuit and the Sixth Circuit. I represent the Defendants, Sandipan Chowdhury and Booth Sweet LLP, in this matter.

2. I submit this affidavit in compliance with the Court's October 24, 2018 order. Doc. 79.

3. The Court's order requires compliance within 48 hours from entry.

4. Prior to the order being entered into the record, Defendants each contacted their respective financial institutions and requested the financial documents identified in the Plaintiff's requests. Because of the scope of documents and the time period requested (3-5 years), the financial institutions informed Defendants that it would be 2-3 weeks before any responsive documents could be produced.

5. Responses to the remaining discovery requests were sent to the Plaintiff today via mail to: Paul Hansmeier, 9272 Cortland Alcove, Woodbury, MN 55125.

**I, Jason Sweet, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge, and a review of the pleadings and other documents filed on the Court's docket set forth above. Executed at Cambridge, Massachusetts on this 26th day of October, 2018.**

Dated: October 26, 2018

    s/ Jason E. Sweet
BOOTH SWEET LLP
BBO# 668596
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018 a copy of the foregoing Supplemental Responses were mailed to Paul R. Hansmeier at 9272 Cortland Alcove, Woodbury, MN 55125.

    s/ Jason E. Sweet