UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

Paul Hansmeier,

*Debtor.*

Bky No. 15-42460

--------

Paul Hansmeier,

*Plaintiff.*

v.

Sandipan Chowdhury; and Booth Sweet LLP,

*Defendants.*

ADV No. 16-4124

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' EXPEDITED MOTION FOR A CONTINUANCE OF THE DECEMBER 12TH HEARING

Plaintiff Paul Hansmeier ("plaintiff") respectfully opposes defendants' expedited motion for a continuance of the December 12th hearing. Dkt. 87.

## ARGUMENT

Plaintiff objects to defendants' effort to further delay their discovery responses via their requested continuance of the December 12, 2018 hearing in this proceeding, for the three reasons set forth below, respectively.

First, this is plaintiff's motion. Defendants are not entitled to request a continuance on a motion which they have not brought.

Second, defendants have not established any good cause for a continuance of plaintiff's motion. Defendants do not even argue that they are unable to appear at the

December 12, 2018 hearing. Rather, defendants argue that it would be more convenient for them for the hearing to be rescheduled so that their local counsel may appear in their stead.

Finally, the December 12, 2018, hearing could be mooted if defendants actually complied with the court's orders. There is nothing stopping defendants from complying with plaintiff's discovery requests and paying the accrued civil contempt sanction.

Respectfully submitted,

December 5, 2018     /s/ Paul R. Hansmeier
                     Paul R. Hansmeier
                     9272 Cortland Alcove
                     Woodbury, MN 55125

2