**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

_____

In re:

PAUL HANSMEIER,

    Debtor.

Chapter 7

No. 15-42460

_____

PAUL HANSMEIER, Debtor,

    Plaintiff

  v.

SANDIPAN CHOWDHURY and BOOTH SWEET LLP,

    Defendants.

Adv. No. 16-04124

_____

**DECLARATION OF JASON SWEET IN SUPPORT OF
DEFENDANTS' DISCOVERY PRODUCTION**
_____

    I, Jason Sweet, state under penalty of perjury that the following is true and based on personal knowledge.

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts, the First Circuit, the Seventh Circuit and the Sixth Circuit. I represent the Defendants, Sandipan Chowdhury and Booth Sweet LLP, in this matter.
2. I submit this declaration in support of the Defendants' Response in Opposition to Debtor's Motion to Compel.
3. Booth Sweet LLP is a two person litigation firm with no support staff.
4. Prior to the October 24 order being entered into the record, Defendants each contacted their respective financial institutions and requested their banking statements. Because of the scope of documents and the time period requested, the Defendants were told that it would be at least 2-3 weeks before any responsive documents could be produced. Doc. 81.
5. Although Plaintiff was aware of this fact and had been told in conversation that the bank statements would be produced, he did not attempt to confer with Defendants before filing his present motion to compel. Doc. 84.

1

6. Defendant Booth Sweet LLP did not receive copies of its banking statements until December 5. A true, accurate and redacted copy of my email communications with our bank is attached as Exhibit A.

7. Defendant Chowdhury's bank produced paper copies of his records which required they be scanned before production.

8. All documents were then reviewed, appropriately redacted and produced to the Plaintiff at 4am CST.

9. The bank statements substantiate that the funds at issue went to cover Defendant Booth Sweet's fees and costs in the Massachusetts action. Defendant Chowdhury received none of the funds. This is in keeping with the prior statements by Defendant Booth Sweet in the Answer [Doc. 17 at ¶ 24] and elsewhere; and has been acknowledged by the Trustee and the Plaintiff throughout this litigation.

**I, Jason Sweet, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge, and a review of the pleadings and other documents filed on the Court's docket set forth above. Executed at Cambridge, Massachusetts on this 13th day of December, 2018.**

Respectfully,

s/ Jason E. Sweet
BOOTH SWEET LLP
BBO# 668596
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

*Counsel for Defendants*
*Pro Hac Vice Appearance*

**From:** Maria
**Subject:** RE: Document request
**Date:** December 3, 2018 at 1:13 PM
**To:** jsweet@boothsweet.com



Hi James, I checked in on your request and I was told you will have it later today or Wednesday the latest.

Thanks,

Maria
Assistant Branch Manager 1



**From:** jsweet@boothsweet.com <jsweet@boothsweet.com>
**Sent:** Monday, December 03, 2018 12:12 PM
**To:** Maria
**Subject:** Re: Document request

Maria

After speaking with the person on the phone, I was under the impression that the documents would be emailed to be that same day. Could you confirm? I need to have these to the court by Wednesday morning.

Thanks,
Jason

> On Nov 30, 2018, at 12:55 PM, Maria wrote:
>
> Hi Jason, can you please give me a call.
>
> Thanks,
>
> Maria
> Assistant Branch Manager 1



**From:** jsweet@boothsweet.com <jsweet@boothsweet.com>
**Sent:** Thursday, November 29, 2018 2:26 PM
**To:** ▇▇▇▇▇, Maria ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Document request

Ms. ▇▇▇▇▇▇

A few weeks ago I requested account transactions for our company's checking account going back to 2015. I haven't heard anything and was just wondering what the status was.

Thanks,
Jason

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments.

==========================================================
The information contained in this electronic communication is intended to be sent only to the stated recipient and may contain information that is confidential, privileged or otherwise protected from disclosure under applicable law. If the reader of this message is not the intended recipient or their agent, you are hereby notified that any dissemination, distribution or copying of the information is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.
==========================================================

Jason Sweet
Booth Sweet LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
www.boothsweet.com
www.facebook.com/BoothSweet

This e-mail is from the law firm Booth Sweet LLP, and may contain information that
is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute
the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any
attachments.

========================================================
The information contained in this electronic communication is intended to be sent only to the stated recipient and may
contain information that is confidential, privileged or otherwise protected from disclosure under applicable law. If the reader
of this message is not the intended recipient or their agent, you are hereby notified that any dissemination, distribution or
copying of the information is strictly prohibited. If you are not the intended recipient, please contact the sender and delete
all copies.
========================================================

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re:<br>PAUL HANSMEIER,<br>    Debtor. | Chapter 7<br>No. 15-42460 |

---

| | |
|---|---|
| PAUL HANSMEIER, Debtor,<br>    Plaintiff<br>  v.<br>SANDIPAN CHOWDHURY and BOOTH SWEET LLP,<br>    Defendants. | Adv. No. 16-04124 |

---

**CERTIFICATE OF SERVICE**

---

I hereby certify that on December 13, 2018, I caused the foregoing declaration to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice pursuant to Local Rule 9006-1(a). I also certify that the document was served via U.S. Mail first class postage prepaid on:

Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

Dated: December 13, 2018

                                                              Respectfully,

                                                               /s/ Jason Sweet
                                                               BOOTH SWEET LLP
                                                               BBO# 668596
                                                               32R Essex Street
                                                               Cambridge, MA 02139
                                                               Tel.: (617) 250-8619
                                                               Fax: (617) 250-8883
                                                               Email: jsweet@boothsweet.com
                                                               *Counsel for Defendants*
                                                               *Pro Hac Vice Appearance*