UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

              Debtor.          BKY 15-42460

------------------------------

Paul Hansmeier,                        ADV 16-04124

              Plaintiff,

**v.**                                             <u>**ORDER**</u>

Sandipan Chowdhury and Booth
Sweet LLP,

              Defendants.

_____

At Minneapolis, Minnesota, December 13, 2018.

        This proceeding is before the Court on the Plaintiff's second motion for contempt. For reasons stated orally and recorded in open court,

        IT IS ORDERED:

1. Plaintiff's second motion for contempt is granted.

2. Defendants shall produce the names of their financial institutions, corresponding addresses, and account numbers and all other identifying information to Plaintiff by 4:00 P.M. on Thursday, December 13, 2018.

3. In the event Defendants change financial institutions or transfer funds for purposes of avoiding Plaintiff's judgment, Defendants may be subject to additional civil and criminal contempt sanctions.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/13/2018*
Lori Vosejpka, Clerk, by LH

4.  Defendants shall produce all remaining written discovery responses to Plaintiff's interrogatories and produce all documents requested in Plaintiff's requests for production, removing any asserted objections by 4:00 P.M. on Monday, December 17, 2018.

5.  If Defendants fail to comply with the terms of Paragraph 4 of this order, the civil contempt sanctions shall increase to the amount of $1,000 per Defendant per day of non-compliance, commencing on Tuesday, December 18, 2018.

5.  Pursuant to the Court's contempt order issued on October 24, 2018, Defendants shall pay accrued civil contempt sanctions in the amount of $24,000.00 to the Chapter 7 Trustee by 4:00 P.M. on Thursday, December 20, 2018.  The Trustee shall notify the Court when he has received Defendants' civil contempt sanction payment.

6. If Defendants fail to comply with the terms of this order, the Court may impose further civil or criminal sanctions against Defendants.

/e/ Kathleen H. Sanberg

_____

CHIEF UNITED STATES BANKRUPTCY JUDGE