UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Paul Hansmeier,

    Debtor.

BKY 15-42460

---

Paul Hansmeier,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet LLP,

    Defendants.

ADV 16-4124

**ORDER TO SHOW CAUSE**

At Minneapolis, Minnesota, December 20, 2018.

    IT IS ORDERED:

    There will be a hearing on January 9, 2019 at 10:30 a.m. in courtroom no. 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, to show cause as to why the defendants should not be subject to sanctions in the amount of $1,000.00 per day and arrested for failure to comply with the Court's order dated December 13, 2018.

/e/ Kathleen H. Sanberg
KATHLEEN H. SANBERG
CHIEF UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/20/2018*
Lori Vosejpka, Clerk, by LH