**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | No. 15-42460 |
|     Debtor. | |

---

| | |
|---|---|
| PAUL HANSMEIER, Debtor, | Adv. No. 16-04124 |
|     Plaintiff | |
| v. | |
| SANDIPAN CHOWDHURY and BOOTH SWEET LLP, | |
|     Defendants. | |

---

## AFFIDAVIT OF COMPLIANCE

---

I, Jason Sweet, state under penalty of perjury that the following is true and based on personal knowledge.

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts, the First Circuit, The Seventh Circuit and the Sixth Circuit. I represent the Defendants, Sandipan Chowdhury and Booth Sweet LLP, in this matter.

2. I submit this affidavit in response to the Court's Report & Recommendation [Doc. 130] filed January 14, 2019.

3. On January 16, 2019, Defendants complied with the discovery requests as ordered by the Court. Defendants have produced all documents within their custody, possession or control as identified in their discovery responses.

4. Defendants did not produce their tax returns. Income tax returns are generally regarded as confidential as a matter of public policy. Courts of this circuit apply a two-prong test in determining the discoverability of tax returns. In general, the returns must not only have discovery relevancy to the claims or defenses, but the requesting party must show a convincing need for the returns in the sense that the same information is unobtainable from other sources. *See East Iowa Plastics, Inc. v. Pi, Inc.*, 2014 U.S. Dist. LEXIS 69908, *16-20 (N.D. Iowa May

21, 2014) (citing cases). Independent of any objections Defendants could raise, Plaintiff must first move this Court for production and show that the returns would include information otherwise unobtainable in the documents already produced.

5. In the event the Court determines production of the tax returns is relevant, Defendants ask that they be allowed to redact any social security numbers and the returns be subject to a protective order.

6. The discovery documents were uploaded to Google Drive and shared via email with the Plaintiff at prhansmeier@gmail.com. Exhibit A.

**I, Jason Sweet, hereby declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct based on personal knowledge, and a review of the pleadings and other documents filed on the Court's docket set forth above. Executed at Cambridge, Massachusetts on this 16th day of January, 2019.**

    s/ Jason E. Sweet
    BOOTH SWEET LLP
    BBO# 668596
    32R Essex Street
    Cambridge, MA 02139
    Tel.: (617) 250-8619
    Fax: (617) 250-8883
    Email: jsweet@boothsweet.com

    *Counsel for Defendant*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | No. 15-42460 |
| Debtor. | |

| | |
|---|---|
| PAUL HANSMEIER, Debtor, | Adv. No. 16-04124 |
| Plaintiff | |
| v. | |
| SANDIPAN CHOWDHURY and BOOTH SWEET LLP, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019 a copy of the foregoing affidavit was filed electronically through the ECF system. Notice of the filing will be sent to all parties by operation of the Court's electronic filing system. Notice will be delivered via first class mail to:

Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125

s/ Jason E. Sweet

Exhibit A

drive.google.com
Jason - Invitation to collaborate - boothsweetllp@gmail.com - Gmail
Discovery Documents - Google Drive
Drive
Search Drive
B
My Drive > Discovery Documents
New
Folders
Name
My Drive
Discovery Documents
Booth Sweet LLP
Corp Docs
Financials
Sandipan Chow...
Corp Docs
Financials
401k
Auto Lo...
BoA
BoA Cr...
BoA Cr...
DCU Ch...
DCU Cr...
DCU Ho...
Mortga...
Computers
Shared with me
Recent
Starred
Trash
Booth Sweet LLP
Sandipan Chowdhury
Share with others
Get shareable link
People
prhansmeier@gmail.com ×
Add more people...
Add a note
Notify people
Send
Cancel
Advanced